**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES S. HOTTENSTEIN, Administrator for the Estate of Tracy Hottenstein, CHARLES S. HOTTENSTEIN, and ELIZABETH K. HOTTENSTEIN, | HONORABLE ROBERT B. KUGLER |
| | CIV. NO. 11-cv-740 (RBK/JS) |
| Plaintiffs, | **VERDICT SHEET** |
| v. | |
| CITY OF SEA ISLE CITY, et al., | |
| Defendants. | |

1. Has the Plaintiff proven by a preponderance of the evidence that Dr. Zaki Khebzou deviated from accepted standards of medical practice?

   Yes _____    No __X__

   IF YOUR ANSWER IS "YES", PROCEED TO QUESTION NO. 2.

   IF YOUR ANSWER IS "NO", PROCEED TO QUESTION NO. 6.

1

2.  Has the Plaintiff proven that Dr. Zaki Khebzou's deviation from accepted standards of medical practice increased the risk of harm posed by Tracy Hottenstein's pre-existing condition?

            Yes _____    No _____

            IF YOUR ANSWER IS "YES", PROCEED TO QUESTION NO. 3.
            IF YOUR ANSWER IS "NO", PROCEED TO QUESTION NO. 6.

3.  Was Dr. Zaki Kehbzou's deviation a substantial factor in causing the increased risk of death of Tracy Hottenstein?

            Yes _____    No _____

            IF YOUR ANSWER IS "YES", PROCEED TO QUESTION NO. 4.
            IF YOUR ANSWER IS "NO", PROCEED TO QUESTION NO. 6.

2

4.  Has the Plaintiff proven by a preponderance of the evidence that Atlanticare Regional

    Medical Center held out Dr. Zaki Khebzou as an agent and/or employee?


        Yes _____    No _____


            IF YOUR ANSWER IS "YES", PROCEED TO QUESTION NO. 5.

            IF YOUR ANSWER IS "NO", PROCEED TO QUESTION NO. 6.


5.  Has the Plaintiff proven by a preponderance of the evidence that Dr. Zaki Khebzou was

    acting within the scope of his apparent authority as an agent and/or employee of

    Atlanticare Regional Medical Center?


        Yes _____    No _____


            PROCEED TO QUESTION NO. 6.

3

6. Has the Plaintiff proven by a preponderance of the evidence that the Atlanticare

   defendants through the actions of Michael Senisch deviated from accepted standards of

   paremdic practice?

       Yes \_\_\_\_\_    No \_X\_\_

       IF YOUR ANSWER IS "YES", PROCEED TO QUESTION NO. 7.

       IF YOUR ANSWER IS "NO", AND YOU ANSWERED "YES" TO EACH OF

QUESTIONS NO. 1, NO. 2, AND NO. 3, PROCEED TO QUESTION NO. 9.

       IF YOUR ANSWER IS "NO", AND YOU ANSWERED "NO" TO ANY OF

QUESTIONS NO. 1, NO. 2, OR NO. 3, HAVE THE FOREPERSON SIGN THE

FINAL PAGE, AND RETURN YOUR VERDICT.

4

7. Has the Plaintiff proven that the Atlanticare defendants' conduct through Michael Senisch's deviation from accepted standards of medical practice increased the risk of harm posed by Tracy Hottenstein's pre-existing condition?

   Yes _____   No _____

   IF YOUR ANSWER IS "YES", PROCEED TO QUESTION NO. 8.

   IF YOUR ANSWER IS "NO", AND YOU ANSWERED "YES" TO EACH OF QUESTIONS NO. 1, NO. 2, AND NO. 3, PROCEED TO QUESTION NO. 9.

   IF YOUR ANSWER IS "NO", AND YOU ANSWERED "NO" TO ANY OF QUESTIONS NO. 1, NO. 2, OR NO. 3, HAVE THE FOREPERSON SIGN THE FINAL PAGE, AND RETURN YOUR VERDICT.

5

8.  Was the Atlanticare defendants' conduct through Michael Senisch's deviation a substantial factor in causing the increased risk of death of Tracy Hottenstein?

Yes \_\_\_\_\_     No \_\_\_\_\_

IF YOUR ANSWER IS "YES", PROCEED TO QUESTION NO. 9.

IF YOUR ANSWER IS "NO", AND YOU ANSWERED "YES" TO EACH OF QUESTIONS NO. 1, NO. 2, AND NO. 3, PROCEED TO QUESTION NO. 9.

IF YOUR ANSWER IS "NO", AND YOU ANSWERED "NO" TO ANY OF QUESTIONS NO. 1, NO. 2, OR NO. 3, HAVE THE FOREPERSON SIGN THE FINAL PAGE, AND RETURN YOUR VERDICT.

9. Have either of the defendants met their burden of proving by a preponderance of the evidence that some portion of the ultimate injury was a result of the pre-existing condition?

Yes _____    No _____

PROCEED TO QUESTION NO. 10.

10. IF YOU ANSWERED "NO" TO QUESTION NO. 9, ENTER "0" FOR PRE-EXISTING
CONDITION.

IF YOU ANSWERED "NO" TO ANY OF QUESTIONS NO. 1, NO. 2, OR NO. 3,
ENTER "0" FOR DR. ZAKI KHEBZOU.

IF YOU ANSWERED "NO" TO ANY OF QUESTIONS NO. 6, NO. 7, OR NO. 8,
ENTER "0" FOR MICHAEL SENISCH.

State in percentages what portion of the ultimate injury is a result from:

a.  The pre-existing condition: _____ %

b.  Dr. Zaki Khebzou's deviation: _____ %

c.  The Atlanticare defendants' conduct
through Michael Senisch's deviation: _____ %

TOTAL \_\_\_100\_\_\_ %

PROCEED TO QUESTION NO. 11.

8

11. What sum of money will fairly and reasonably compensate plaintiffs Charles Hottenstein and Elizabeth Hottenstein for any damages?

    a.  Past Loss                      $_____

    b.  Future Loss                    $_____

    c.  Funeral Expenses            $_____

                         TOTAL    $_____

REGARDLESS OF YOUR ANSWERS, THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.

DATE: 10\20\15 _____                  _____

                                      FOREPERSON

9